*Law Offices*

# Max D. Leifer, P.C.

*628 Broadway - Suite 300, New York, NY 10012*

MAX D. LEIFER*+
IRA H. ZUCKERMAN*
SETH M. LEIFER*
MEMBER OF N.Y. BAR*
MEMBER OF N.J. BAR+

**MEMO ENDORSED**

MAIN OFFICE
Tel: (212) 334-9699
Fax: (212) 966-9544

Writer's Extension: 304

November 19, 2007

**VIA FACSIMILE TRANSMISSION** - 1 Page
Fax No.: (914) 390-4085
Tel No.: (914) 390-4077
(Original via regular first class mail)

Hon. Justice Charles L. Brieant
US District Court South District
US Court House, Room 275
300 Quarropas Street
White Plains, NY 10601

Re: Martinez, Jose & Muguia, Maria v. Primiano
DA: 9-3-2004
07 Cv. 7732 (CLB) (MDF)
Matter No.: 12360-001

Dear Justice Brieant:

The above mentioned matter has been settled between the respective parties. Since three of the defendants are infants, Justice Fox indicated if the case was settled, the court would issue an order transferring the matter to the state court for the infants' compromise.

The purpose of this correspondence is to determine from the court what procedure is applicable for finalizing the settlement.

I have also contacted the attorney of record in Pennsylvania and they are prepared to file the Petition to Compromise the Minor's Actions with Philadelphia Orphans Court, the residence of the infants.

Very truly yours,

Max D. Leifer

MDL/yk
cc: Mr. Buratti, Esq. via fax transmittal (914) 375-4168.

---

*Handwritten endorsement:* This action is discontinued with leave to reopen if the state court does not approve the settlement. The document of November 29, 2007. So Ordered, Charles Brieant, USDJ